**CRIMINAL COMPLAINT**
(Submitted electronically)

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Patrick Michael La Fever**; DOB: 1962; United States Citizen<br>**Jamaar Charles Samuels**; DOB: 1982; United States Citizen<br>**Amanda Rachelle Miller**; DOB: 1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-02030MJ |

Complaint for violation of: Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

  Beginning at a time unknown, and continuing to on or about November 12, 2020, at or near Nogales and Tucson, in the District of Arizona, **Patrick Michael La Fever**, **Jamaar Charles Samuels**, and **Amanda Rachelle Miller** did knowingly and intentionally combine, conspire, confederate and agree together and with persons known and unknown, to possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).
  All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

See Attached Basis of Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA */s/ Michael R. Lizano* (*MRP*) | SIGNATURE OF COMPLAINANT (official title)<br>*Richard A. Eustis SA*<br>OFFICIAL TITLE<br>Richard Eustis<br>Special Agent, Homeland Security Investigations |
|  Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature]* | DATE<br>November 13, 2020 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED:

### Drug Smuggling Arrest of Patrick La Fever on April 24, 2020

1. On April 24, 2020, at 3:00 p.m., **Patrick Michael La Fever** and a female companion, D. S. H., attempted to enter the United States via the DeConcini Port of Entry ("POE") in Nogales, Arizona in a white 2005 Chevrolet Trailblazer bearing Arizona license plate CTZ0166.[1]  The Trailblazer was registered to **La Fever** at an address in Tucson, Arizona.  **La Fever** was driving and D. S. H. was the sole passenger.

2. During primary inspection, Customs and Border Protection officers ("CBPOs") observed that both **La Fever** and D. S. H. appeared to be nervous and confused.  The CBPOs further observed what appeared to be evidence of intravenous drug use in the form of track marks on their arms.

3. CBPOs directed **La Fever** and D. S. H. to secondary inspection.  In secondary, CBPOs x-rayed the Trailblazer and saw anomalies within the rear passenger door panel of the vehicle.  A CBPO canine then conducted a sniff of the Trailblazer and alerted to the presence of drugs in the rear passenger door panel of the vehicle.

4. CBPOs searched the Trailblazer and discovered six packages concealed within the rear passenger door panel of the vehicle.  A sample of the packages' contents field tested positive for the properties of **heroin**; the total weight was found to be **approximately 1.56 kilograms**.  In the driver's side door panel of the Trailblazer, CBPOs also located a global positioning system ("GPS") tracking device.

5. **La Fever** and D. S. H. were placed under arrest.  A black Motorola XT 1952DL cellular phone, designated as TD #1, was located on **La Fever**'s person upon initial encounter.  Per standard operating procedure, during secondary inspection, a CBPO asked both **La Fever** and D. S. H. to remove their cell phones and place them on the front dashboard while the vehicle was inspected.  Subsequent to the arrest, TD #1 was taken and booked into evidence.  D. S. H. also possessed a telephone, but it was returned upon her release from custody (see below).

### Post-Arrest Statement of D. S. H.

6. I subsequently met with D. S. H. in the interview room at the DeConcini POE.  She waived her right to counsel and agreed to speak with me.

7. D. S. H. explained that, on April 24, 2020, she and **La Fever** crossed into Mexico and parked the Trailblazer very near the international border.  **La Fever** informed D. S. H. that he had left the keys in the gas cap area so that someone else could recover the vehicle.  D. S. H. said that she and **La Fever** then went to find a dentist and eat lunch.  As they walked away from the vehicle, she asked to go back and recover some personal items from it. **La Fever** refused, however, stating that the vehicle was to be taken by someone else.

8. D. S. H. stated that she and **La Fever** spent the afternoon at the dentist, eating lunch and awaiting the return of the vehicle.  They waited close to the original place where they had parked it.  D. S. H. further said that **La Fever**'s telephone battery had died, so he would frequently check to see if the vehicle had been returned.

9. According to D. S. H., once **La Fever** discovered that the vehicle had been returned, they went back to it.  Once they got into the vehicle, **La Fever** plugged in his phone and called an unknown person.  She overheard the person who **La Fever** had called say something in English to the effect of "it did not go down," and **La Fever** told this person that he could not find the package in the vehicle.  They then proceeded to re-enter the United States.

10. A subsequent search of **La Fever**'s cell phone (TD #1) with a federal warrant revealed evidence corroborating aspects of D. S. H.'s post-*Miranda* statement and indicated that **La Fever** intended to smuggle narcotics on this occasion.  The phone also contained evidence, however, suggesting some confusion among at least some of

---

[1] All times stated herein are approximate.

20-02030MJ

the participants about whether the Trailblazer was or was not loaded with drugs.  D. S. H. and **La Fever** were released from custody pending further investigation.

### La Fever Sells Methamphetamine to an Undercover Agent on October 28, 2020

11.     Following **La Fever**'s arrest and release in April 2020, **La Fever** got into contact with an undercover law enforcement officer ("UC").  In October 2020, **La Fever** made arrangements to sell the UC one pound of methamphetamine in exchange for $4,000.  The parties planned for the transaction to occur on October 28, 2020.  Communications between the UC and **La Fever** regarding this transaction were recorded.

12.     On October 28, 2020, investigators conducted physical and electronic surveillance of **La Fever** in anticipation of the methamphetamine transaction with the UC.  They established physical surveillance in the area of 750 West Starr Pass Boulevard in Tucson, the Quality Inn, noting that **La Fever**'s vehicle, a brown Saturn designated as TV #1 in this investigation, was parked there.

13.     At 11:17 a.m., the UC called **La Fever** at his telephone number, which has been designated as TD #2 in this investigation.  **La Fever** told the UC that he was just waking up.  **La Fever** mentioned that he had to pick someone up in Nogales, saying, "We have been doing some Nogales stuff back and forth."  **La Fever** added, "I don't know if I have that on me now, I don't know, but I can get a scale. Alright, I'll see what I got."  He confirmed the sales price of $4,000 for the one pound of methamphetamine and offered to deliver the drugs to the UC later in the afternoon.

### La Fever Travels to Nogales, Arizona and Picks up an Unidentified Female

14.     At 1:46 p.m., investigators saw **La Fever** get into TV #1 and drive away from the Quality Inn.  **La Fever** traveled to Interstate 10 and eventually headed south on Interstate 19.  At 2:59 p.m., after stopping at a gas station in Rio Rico, **La Fever** arrived at the McDonalds on Crawford Street in Nogales, Arizona and parked TV #1 on the east side of the lot.  **La Fever** mostly remained inside of TV #1, per investigative reports.  At 3:12 p.m., the UC received a text message from the user of TD #2, believed to be **La Fever**, which read: "I'm in Nogales call you when I'm back."  At 3:34 p.m., **La Fever** went into the McDonalds, and investigators followed him inside of the restaurant.  **La Fever** ordered a meal to go.  Investigators did not see **La Fever** meet with anyone in the McDonalds.  **La Fever** eventually returned to his vehicle (TV #1) but stayed in the area for several more hours.

15.     At 5:30 p.m., investigators saw a young-looking female with strawberry blonde dyed hair, wearing a gray-hooded sweatshirt, jeans and blue or black tennis shoes (the "UF") approach on foot and enter the passenger side of TV #1, after placing an unknown object in the rear of TV #1 through the back hatch.  A few minutes later, **La Fever** and the UF left the McDonalds in TV #1 and traveled north on Interstate 19.

### La Fever and the UF Return to Tucson

16.     At 6:35 p.m., investigators observed TV #1 arrive and park in front of a clothing store on South Sixth Avenue in Tucson.  An investigator followed the UF into the store, where she noted that the UF was shopping.

17.     At 6:37 p.m., the UC received a call from **La Fever** (TD #2).  **La Fever** told the UC he had just returned to Tucson, confirmed that the transaction would proceed and said that it would take him about 15 minutes to go and grab it, which I interpret to be a reference to the methamphetamine.  **La Fever** then invited the UC to meet him at his room near Interstate 10 and Silverlake, but ultimately he agreed to meet at a Walmart Market near the intersection of Kolb and Golf Links Roads in Tucson.  **La Fever** told the UC that he would call the UC once he had it (i.e., the drugs) in hand.

18.     At 6:47 p.m., investigators saw **La Fever** leave the parking lot by himself in TV #1.  He returned to Interstate 10, heading westbound, and exited at Silverlake Road.  **La Fever** then turned into an apartment complex parking lot.  Investigators did not see **La Fever** stop or meet with anyone at this location; rather, he immediately returned to Silverlake Road heading eastbound and made his way to the Interstate 10 frontage road.

19. At 6:57 p.m., an aerial surveillance unit observed that **La Fever** had returned to and stopped at the Quality Inn on Starr Pass Boulevard. The aerial unit saw **La Fever** exit TV #1 and approach a room located on the southwest side of the property.

### La Fever Meets with an African-American Male at the Flamingo Suites Hotel

20. At 7:26 p.m., the UC received the following text message from TD #2: "Ok i got to go to ina an oracle to pick that up so its going to be a min" and then "I'm on my way there now." I interpret this to mean that **La Fever** would be picking up the drugs from a supplier near Ina and Oracle Roads in Tucson.

21. At 7:33 p.m., the UC received a call from **La Fever**, using TD #2. In this call, **La Fever** told the UC that "they" were supposed to have brought it to him, but he had been in Nogales. After the UC asked whether **La Fever** was smuggling the drugs himself in Nogales, **La Fever** denied doing so, saying that he was just picking people up down there and did not cross. The UC then offered to meet **La Fever** somewhere closer to him and proposed the TTT Truck Stop on Benson Highway in Tucson. **La Fever** agreed to meet the UC there, saying that he would drive up there, likely referring to the area of Oracle and Ina Roads, grab it, turn around and head that way, i.e., to the TTT Truck Stop. When the UC asked **La Fever** if his supplier was ready for him, **La Fever** confirmed and said, "He has a couple of them for me."

22. At 7:38 p.m., investigators saw **La Fever** return to TV #1 and drive west on Interstate 10. **La Fever** exited the interstate and traveled east on Miracle Mile and then turned north onto Oracle Road. At 7:54 p.m., **La Fever** stopped at 401 West Lavery Lane in Tucson, which is the address of the Flamingo Suites Hotel, and parked TV #1 on the north side of the lot. The Flamingo Suites Hotel is near Ina and Oracle Roads in Tucson.

23. At 8:00 p.m., per investigative reports, investigators saw a then-unidentified black male ("UBM") retrieve an object from a Lincoln MKZ, bearing Arizona license plate CLP9675, and meet with **La Fever** at **La Fever**'s vehicle (TV #1). This Lincoln MKZ has been designated as TV #2 in this investigation. An investigator saw the UBM enter Room 105 of the Flamingo Suites Hotel and return to meet with **La Fever** a second time. The investigator noted the door for Room 105 was left open as the UBM met with **La Fever**. At 8:08 p.m., **La Fever** left the Flamingo Suites Hotel in TV #1. The interaction between **La Fever** and the UBM was video recorded by an aerial surveillance unit.

24. At 8:29 p.m., the UC received a call from **La Fever**, using TD #2. **La Fever** told the UC that he was near Sixth Avenue and on his way.

### La Fever Completes the Sale with the UC

25. **La Fever** then traveled to the TTT Truck Stop where the UC was waiting. At 8:36 p.m., **La Fever** arrived and located the UC. The UC then got out of his vehicle and entered **La Fever**'s Saturn (TV #1). Also present with **La Fever** was a white female passenger, approximately 30 to 35 years' old, with light-colored hair pulled up into a high bun and a stud piercing in her left ear.

26. **La Fever** instructed the UC to take one of the packages from inside a cardboard box that was on the rear driver's seat floorboard. The UC opened the box and saw two vacuum-sealed plastic bags containing a white crystal-like substance. Each bag appeared to contain approximately one pound of crystal methamphetamine. The UC saw the vacuum-sealed packaging and asked **La Fever** if the product was still the same, referring to a prior transaction. **La Fever** affirmed that the product was the same and that it was just packaged differently because the UC had not previously ordered an amount that large. The UC explained that he would be keeping half and mailing the other half to another person. **La Fever** stated that when he was ready to make a larger order, **La Fever** had it set up to mail it for him. **La Fever** also stated that he would be able to offer a better price for larger methamphetamine purchases.

27. The UC mentioned that it took **La Fever** a long time to make the deal. **La Fever** replied that he was not aware of where the methamphetamine was going to be and said he had to pick "her" up in Nogales, referring to

the female passenger in TV #1. **La Fever** said that she had crossed five times this week already. The female passenger said she had been searched during her last crossing. The UC introduced himself to the female, and she introduced herself by providing her first name only. Based on the context and sequence of events, I believe it is probable that this female passenger was the same UF seen by investigators earlier in the day. After paying **La Fever** for the drugs, the UC exited **La Fever**'s vehicle (TV #1) and left the area. The interaction among the UC, **La Fever** and the female passenger was recorded.

28. The substance the UC received from **La Fever** later field tested positive for the properties of **methamphetamine** and weighed approximately **479.3 grams (gross weight)**, which equates to approximately one pound.

### Identification of Jamaar Charles Samuels

29. On November 4, 2020, I returned to the Flamingo Suites Hotel to serve a subpoena for records relating to Room 105 and met with the hotel manager. I received from the manager a series of receipts showing that Room 105 was rented by "Jamaar Samuel" from October 23, 2020 through November 6, 2020. Additionally, I received from the manager a copy of an Arizona identification card in the name of **Samuels**, listing his address as being in central Tucson. The manager also told me that, in connection with his hotel reservation, **Samuels** had provided a specific contact telephone number, which has been designated as TD #3 in this investigation. The manager believed that TD #3 was an active phone number for **Samuels**, as the manager had called the phone number and spoken to **Samuels** several times about hotel rental matters.

30. Agents subsequently obtained telephone subscriber information and toll records for TD #3. The records indicate that TD #3 had been recently activated on October 8, 2020. The records also show that, beginning on or about October 27, 2020, there were multiple actual or attempted contacts between TD #2 (**La Fever**'s number) and TD #3, the number provided by **Samuels** to the Flamingo Suites Hotel.[2] It should be noted, however, that TD #3 was not subscribed to in the name of **Samuels**. The subscriber address also differs from the address listed on **Samuels**'s Arizona identification card. In my training and experience, however, it is common for narcotics traffickers to subscribe to telephones in other people's names and addresses or use fictitious identifiers in order to evade law enforcement detection. Further investigation of telephone toll records showed that TD #2 (**La Fever**) and TD #3 (**Samuels**) had a third telephone number as a common contact between them.

31. On November 6, 2020, an agent participating in this investigation returned to the Flamingo Suites Hotel to speak with the manager. At 10:45 a.m., this agent saw a Lincoln sedan matching the description of TV #2 enter the hotel parking lot, though the agent was unable to see the vehicle's license plate to confirm. The vehicle backed into a parking spot directly in front of Room 105. An African-American male got out of the vehicle and went into the hotel's front office. The agent reports the male was approximately six feet tall and 200 pounds. He was wearing gray sweatpants, a gray sweatshirt, flip-flops, and a gold chain. He further had a blue hair pick in the back of a short, afro-styled haircut. Although this male was wearing a face covering, the agent believed this male looked like **Samuels**. The agent previously had seen a photograph of **Samuels** from his Arizona identification card.

32. At 10:50 a.m., investigators observed the same male exit the front office and walk back to the Lincoln. The male retrieved several plastic bags from inside the Lincoln and walked from the Lincoln sedan in the direction of Room 105, though he was not seen entering the unit. At 10:53 a.m., investigators observed the male walk from the direction of Room 105 back to the Lincoln and open the front driver's side door briefly before closing the door and walking back toward the front office building and toward the main courtyard and then out of sight.

33. After the male left the area, the agent went in to speak with the manager. The manager confirmed that the African-American male the agent had seen was **Samuels** and that **Samuels** had renewed his stay at the hotel until November 10, 2020.

---

[2] The records do not specify the time zone; thus, it is unclear whether the service provider adjusted the toll records to local Arizona time.

## Arrest of La Fever and Miller on November 12, 2020

34.After the transaction on October 28, 2020, the UC remained in contact with **La Fever** at TD #2.  In early November 2020, the UC preliminarily negotiated to buy two pounds of methamphetamine from **La Fever** in exchange for $7,000.  The parties set the transaction to occur on November 12, 2020.

35.On the morning of November 12, 2020, investigators conducted physical and electronic surveillance of **La Fever** in anticipation of the methamphetamine transaction with the UC.

36.At 10:10 a.m., investigators located **La Fever**'s vehicle (TV #1) parked behind the GLH Hotel at 1365 West Grant Road, Tucson, Arizona 85745.

37.At 10:45 a.m., investigators served an administrative subpoena on the GLH Hotel requesting guest records.  GLH management informed investigators that the nighttime security guard observed **La Fever** on the property during the overnight shift.  According to the management, **La Fever** had previously been excluded from the GLH Hotel under prior suspicion of dealing drugs out of the hotel.  GLH Hotel management further informed investigators that **La Fever** was staying with a female in Room 247.  Agents learned this female was D. S. H., the same female present with **La Fever** during the April 2020 heroin importation event.  Hotel management stated D. S. H. was due to check out at 11:00 a.m.

38.At 11:01 a.m., the UC called **La Fever**.  During the call, the UC increased his order to three pounds of crystal methamphetamine from **La Fever** in exchange for $10,500.  **La Fever** stated he was available to conduct the transaction at any time and he would just have to call "his person."  The UC arranged to conduct the deal with **La Fever** around 1:00 p.m.  **La Fever** stated he would verify everything was good when he was able to get a hold of "her" and find where "she" was at because that is likely where the product would be.

39.At 11:31 a.m., the UC received an incoming text message from **La Fever** (TD #2).  The text message read: "ok its all set an ready it will be in the down town area when your reddy call me an ill let you know where."  The UC exchanged several more text messages with **La Fever** arranging the time and location of the deal.  **La Fever** sent another text message to the UC, which read: "with that much product I can only be gone for so long like 15 min where were you thinking".  The UC and **La Fever** then arranged to conduct the transaction at the TTT Truck Stop.

40.At 11:51 a.m., investigators conducting surveillance of **La Fever** at the GLH Hotel observed **La Fever** leave the hotel in a Saturn matching the description of TV #1 with a female passenger.  Investigators conducted mobile surveillance of **La Fever** and saw him drive to the Villa Pacifica Apartments, located at 4650 East 29th Street, Tucson, Arizona.  Investigators did not observe **La Fever** exit the vehicle while at the Villa Pacifica Apartments.  **La Fever** then left the Villa Pacifica Apartments and drove back towards Interstate 10.

41.At 12:27 p.m., **La Fever** took the Interstate 10 exit ramp for Valencia Road.  At 12:29 p.m., investigators observed that the female was no longer in the vehicle with **La Fever** and **La Fever** was only accompanied by a dog.  Due to **La Fever**'s circuitous routes of travel, investigators increased their following distance of **La Fever** and electronically monitored **La Fever**'s vehicle (TV #1).

42.At 12:44 p.m., the UC received a confirmation text from **La Fever** stating "ttt works," followed by an additional text message which read, "when will you be there?"

43.At 12:47 p.m., investigators observed **La Fever**'s vehicle in the parking lot of the Red Lion Inn and Suites Tucson Downtown, located at 222 South Freeway, Tucson, Arizona 85745.  Investigators positioned themselves in a location to observe **La Fever** return to his vehicle.  A few minutes later, investigators observed **La Fever** walk to his vehicle, open the hatchback, retrieve a black and white bag, and then walk into Room 120 at the Red Lion Hotel.

44. At 12:59 p.m., the UC placed an outgoing call to **La Fever** confirming that **La Fever** was still able to meet at 1:15 p.m. **La Fever** confirmed. At 1:07 p.m., investigators observed **La Fever** return to his vehicle (TV #1) with the same black and white bag in his hand.

45. At 1:08 p.m., the UC received an incoming call from **La Fever**. **La Fever** stated that he could not get his car to start. **La Fever** stated he was at the Red Lion off Interstate 10 and Congress. The UC said he would head to **La Fever** shortly but asked **La Fever** to try to get it started and come his way. At 1:09 p.m., investigators conducting surveillance of **La Fever** observed **La Fever** push starting his vehicle. At 1:11 p.m., **La Fever** called the UC and informed the UC that he got his car to start and was on his way.

46. At 1:17 p.m., **La Fever** was traffic stopped in his vehicle (TV #1) by an Arizona Department of Public Safety ("DPS") trooper in the vicinity of milepost 261 on eastbound Interstate 10. The trooper conducting the traffic stop approached **La Fever** in a manner consistent with a routine traffic stop. During the course of the traffic stop, the trooper observed **La Fever** exhibiting extreme nervous behavior with excessive hand and body shaking for a normal traffic stop. The trooper asked **La Fever** for consent to search and provided **La Fever** with a consent to search form. While reading the consent to search form, **La Fever** admitted he had something in his pocket and provided the trooper with a plastic bag with a black chunky substance, which appeared to be consistent with black tar heroin and an additional plastic bag with an unknown white, powdery substance. **La Fever** was then placed under arrest.

47. **La Fever**'s vehicle (TV #1) was searched and a black-and-white sling bag was located on the front passenger floorboard. Inside the sling bag, troopers observed one vacuum-sealed plastic bag containing a large, white crystal-like substance and a brown-taped bundle wrapped inside clear cellophane. The substance wrapped inside the brown-taped bundle was determined to be consistent with a large amount of crystal methamphetamine. In total, agents recovered **approximately 1.41 kilograms** of suspected **methamphetamine (gross weight)**, which equates to roughly three pounds. Additionally, agents found **La Fever** to be in possession of two pistols and suspected explosives.

48. At 6:55 p.m., investigators executed a federal search warrant for Room 120 at the Red Lion Hotel. Upon entering the room, investigators encountered a female, later identified as **Amanda Rachelle Miller**, who attempted to abscond out the back door but was apprehended by investigators. Investigators then searched the room and found numerous packages of a variety of bulk drugs, a commercial vacuum sealer, and bulk currency. Investigators tested one of the numerous suspected drug packages, which field tested positive for **heroin** and weighed approximately **1.12 kilograms (gross weight)**. **Miller** was placed under arrest.

### Arrest of Samuels on November 12, 2020

49. While the events with **La Fever** were unfolding, another team of investigators conducted physical and electronic surveillance of **Samuels**. At 4:19 p.m., **Samuels** arrived in TV #2 at the Sonesta Suites hotel, located at 6477 E. Speedway Boulevard in Tucson. Investigators observed that **Samuels** was meeting with another male inside of TV #2.

50. At 4:40 p.m., investigators initiated an arrest of **Samuels** based on probable cause developed in this complaint. Upon encountering **Samuels**, investigators discovered that he was in possession of a semi-automatic pistol. Investigators took **Samuels** into custody and conducted a search of TV #2. On the front driver's side floorboard of TV #2, investigators located a small box containing a variety of suspected drugs packaged for distribution.

51. At 7:00 p.m., investigators executed a federal search warrant at Room 105 of the Flamingo Suites Hotel. Upon making entry, investigators discovered a female under the influence of drugs. A further search of the room revealed three scales with what appeared to be drug residue and various types of drug paraphernalia.

52. **Samuels** later waived his *Miranda* rights and admitted to possessing and selling illegal drugs but would provide no details of his activities.